IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **KEVIN DOTSON,** | ) | **Civil Action No. 7:13-cv-00476** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DAVID RYAN TELLER, et al.,** | ) | By:   Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

Entered:  December 5, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge